```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CARLOS LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0326 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | TRIAL CONFIRMATION HEARING AND |
| v. ) | VACATING JURY TRIAL DATE |
| ) | |
| CARLOS LOPEZ, ) | |
| ) | Date:  October 3, 2006 |
| Defendant. ) | Time:  8:30 a.m. |
| _____ ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and Jason Hitt, Assistant United States Attorney, attorney for the plaintiff, that the trial confirmation hearing date of September 12, 2006 be vacated and a trial confirmation hearing date of October 3, 2006 at 8:30 a.m. be set.  It is also stipulated between the parties that the jury trial date of October 11, 2006, be vacated.

This continuance is requested because counsel for defendant is in the process of on-going investigation, including requesting and reviewing defendant's criminal history records, conducting interviews, and researching guideline issues and other matters relevant to this

1 case.

2     It is further stipulated that the period from September 12, 2006,
3 through and including October 3, 2006, should be excluded pursuant to
4 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
5 counsel and defense preparation.

6                                         Respectfully submitted,

7 Dated: September 11, 2006

8                                         DANIEL J. BRODERICK
                                          Federal Defender
9
                                          /s/ Mary M. French
10                                        _____
                                          MARY M. FRENCH
11                                        Supervising Assistant
                                          Federal Defender
12                                        Attorney for Defendant
                                          CARLOS LOPEZ
13

14
Dated: September 11, 2006                 MCGREGOR W. SCOTT
15                                        United States Attorney

16
                                          /s/ Mary M. French for
17                                        _____
                                          JASON HITT
18                                        Assistant U.S. Attorney
                                          per telephonic authorization
19

20                                  **ORDER**

21 **IT IS SO ORDERED.**

22 Dated: September 14, 2006

23

24

25                                        _____
                                          MORRISON C. ENGLAND, JR
26                                        UNITED STATES DISTRICT JUDGE

27   ___

28

Stipulation & Order/Lopez                 2