DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-cr-0326-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) STATUS CONFERENCE |
| v. | ) |
| CARLOS LOPEZ, | ) Date: October 24, 2006 ) Time: 8:30 a.m. |
| Defendant. | ) Judge: Morrison C. England, Jr. |

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and Jason Hitt, Assistant United States Attorney, attorney for the plaintiff, that the trial confirmation hearing date of October 3, 2006 be vacated and a status conference hearing date of October 24, 2006 at 8:30 a.m. be set.  This continuance is requested because counsel for defendant is in the process of on-going investigation, including requesting and reviewing defendant's criminal history records, conducting interviews, and researching guideline issues and other matters relevant to this case.

It is further stipulated that the period from October 3, 2006, through and including October 24, 2006, should be excluded pursuant to

///

18 U.S.lC. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

                                              Respectfully submitted,

Dated: October 2, 2006

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Mary M. French
                                              _____
                                              MARY M. FRENCH
                                              Supervising Assistant
                                              Federal Defender
                                              Attorney for Defendant
                                              CARLOS LOPEZ

Dated: October 2, 2006                 MCGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ Mary M. French for
                                              _____
                                              JASON HITT
                                              Assistant U.S. Attorney
                                              per telephonic authorization

                                                      **ORDER**

**IT IS SO ORDERED.**

Dated: October 12, 2006

                                              _____
                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE