```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    CARLOS LOPEZ
 7
 8
 9            IN THE UNITED STATES DISTRICT COURT
10           FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,   ) No. 2:06-CR-0326-MCE
                                )
13              Plaintiff,      ) STIPULATION AND ORDER CONTINUING
                                ) STATUS CONFERENCE
14       v.                     )
                                )
15  CARLOS LOPEZ,               ) Date:  October 31, 2006
                                ) Time:  8:30 a.m.
16              Defendant.      ) Judge: Morrison C. England, Jr.
    _____ )
17
```

18      It is hereby stipulated between the parties, Mary M. French,

19 attorney for the defendant, and Jason Hitt, Assistant United States

20 Attorney, attorney for the plaintiff, that the status conference

21 hearing date of October 24, 2006, be vacated and that a new status

22 conference hearing date of October 31, 2004, at 8:30 a.m., be set.

23      This continuance is requested because counsel for defendant is in

24 the process of on-going investigation, including requesting and

25 reviewing defendant's criminal history records, conducting interviews,

26 and researching guideline issues and other matters relevant to this

27 case.

28 ///

1    It is further stipulated that the period from October 24, 2006,
2 through and including October 31, 2006, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Respectfully submitted,

Dated: October 20, 2006

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
CARLOS LOPEZ

Dated: October 20, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
JASON HITT
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: October 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2