1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   CARLOS LOPEZ
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,    )  No. 2:06-cr-00326-MCE
                                )
13              Plaintiff,      )  STIPULATION AND ORDER CONTINUING
                                )  STATUS CONFERENCE
14      v.                      )
                                )
15 CARLOS LOPEZ,                )  Date:  November 7, 2006
                                )  Time:  8:30 a.m.
16              Defendant.      )  Judge: Morrison C. England, Jr.
   _____)
17

18      It is hereby stipulated between the parties, Mary M. French,

19 attorney for the defendant, and Jason Hitt, Assistant United States

20 Attorney, attorney for the plaintiff, that the status conference

21 hearing date of October 31, 2006, be vacated and that a new status

22 conference hearing date of November 7, 2004, at 8:30 a.m., be set.

23      This continuance is requested because counsel for defendant is in

24 the process of on-going investigation, including requesting and

25 reviewing defendant's criminal history records, conducting interviews,

26 and researching guideline issues and other matters relevant to this

27 case.

28 ///

It is further stipulated that the period from October 31, 2006, through and including November 7, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

Dated: October 30, 2006

                                           DANIEL J. BRODERICK
                                           Federal Defender

                                           /s/ Mary M. French
                                           _____
                                           MARY M. FRENCH
                                           Supervising Assistant
                                           Federal Defender
                                           Attorney for Defendant
                                           CARLOS LOPEZ

Dated: October 30, 2006           MCGREGOR W. SCOTT
                                           United States Attorney

                                           /s/ Mary M. French for
                                           _____
                                           JASON HITT
                                           Assistant U.S. Attorney
                                           per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: October 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2